IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-00145-BO

| | |
|---|---|
| NICHOLAS PADAO and ROBERT UYEMATSU, *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN EXPRESS NATIONAL BANK, <br><br> Defendant. | JOINT STIPULATED MOTION TO STAY PROCEEDINGS |

Plaintiffs Nicholas Padao and Robert Uyematsu, on behalf of themselves and others similarly situated, and Defendant American Express National Bank, by and through counsel, respectfully move this Court to stay all proceedings in this matter, including consideration of and hearing on all pending motions, for the parties to engage in mediation. The parties request the stay last 120 days, unless a further extension is requested, or until such earlier time that a party notifies the Court that the mediation process was unsuccessful. As set forth in the following stipulations, the parties have agreed to pursue mediation to attempt to resolve Plaintiffs' claims, and accordingly the parties request a stay to facilitate settlement discussions and conserve the Court's and parties' resources.

The parties STIPULATE as follows:

1) The parties will engage in good faith settlement negotiations.

2) The parties will enlist the services of a mutually agreeable mediator to facilitate settlement negotiations. The parties will exercise their best efforts to promptly select a mutually agreeable mediator.

3) The parties will exercise their best efforts to promptly exchange information necessary to

1

inform a productive mediation.

WHEREFORE, the parties respectfully request that this Court grant this Joint Stipulated Motion to Stay Proceedings and enter the proposed order attached as an exhibit to this motion. The proposed order stays discovery during the mediation process and extends the deadlines on the case scheduling order if mediation is unsuccessful.

RESPECTFULLY SUBMITTED this the 15th day of June, 2023.

**ZAYTOUN BALLEW & TAYLOR, PLLC**

By: */s/ Paul J. Puryear, Jr*
Robert Zaytoun, NCSB# 6942
Matthew D. Ballew, NCSB# 39515
Paul J. Puryear, Jr., NCSB# 41536
3130 Fairhill Drive, Suite 100
Raleigh, NC 27612
Telephone: (919) 832-6690
Facsimile: (919) 831-4793
MBallew@zaytounlaw.com
RZaytoun@zaytounlaw.com
PJPuryear@zaytounlaw.com

*Local Rule 83.1 Counsel*

**SMITH & LOWNEY, PLLC**

By: */s/Knoll D. Lowney*
Knoll D. Lowney
Claire Tonry
Marc Zemel
Alyssa Koepfgen
2317 E. John Street
Seattle, Washington 98112
Telephone: (206) 860-2883
Facsimile: (206) 860-4187
Knoll@smithandlowney.com
Claire@smithandlowney.com
Marc@smithandlowney.com
Alyssa@smithandlowney.com

*Attorneys for Plaintiffs*

STROOCK & STROOCK & LAVAN LLP
By: */s/ Stephen J. Newman*
Stephen J. Newman
California State Bar No. 181570
2029 Century Park East, 18th Floor
Los Angeles, CA 90067
D: 310.556.5982
snewman@stroock.com
lacalendar@stroock.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a true and exact copy of the foregoing document was filed electronically on the 15th day of June, 2023, via the Court's electronic filing system and notice of this filing will be sent to all Parties by operation of the Court's electronic filing system.

*/s/ Claire E. Tonry*
Claire E. Tonry, WSBA No. 44497
**Attorney for Plaintiffs**