IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-00145-BO

NICHOLAS PADAO and ROBERT UYEMATSU, *on behalf of themselves and others similarly situated*,

    Plaintiffs,

v.

AMERICAN EXPRESS NATIONAL BANK,

    Defendant.

ORDER

This matter is before the Court on the parties' Joint Motion To Stay Proceedings for at least 120 days, pending the parties' mediation efforts.

For good cause shown, IT IS HEREBY ORDERED that Joint Motion To Stay Proceedings is GRANTED. The proceedings, including the pending motions, hearing, and discovery, are hereby STAYED.

The Court further ORDERS that the stay will terminate 120 days from the filing of the motion, unless a further extension is requested, or will terminate immediately upon notice from a party that the mediation process was unsuccessful. If the mediation process is unsuccessful, the deadlines on the case scheduling order will be extended by the number of days the stay was in place.

It is so ordered this the __16__ day of __June__, 2023.

*Terrence Boyle*
THE HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE